FILED
JAN 2 0 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| JONATHAN CHASE, | ) 4:12CR00020 LMB |
| Defendant. | ) |

### INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about May 11, 2009, in Saint Louis County within the Eastern District of Missouri,

**JONATHAN CHASE,**

the Defendant herein, wilfully and knowingly did embezzle and convert to his own use monies, funds and property of the United States a value under $1,000.00, which said property had come into the possession and under the care of Washington University in Saint Louis, by virtue of his employment as a Professor in Biology and Director of the Tyson Research Center, in violation of 18 U.S.C. §641.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

Dianna R. Collins, #59641 MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Dianna R. Collins, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
Dianna R. Collins, #59641 MO

Subscribed and sworn to before me this __18__ day of January 2012.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK